UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN DOES 1–18,<br><br>          Defendants. | Case No. 1:19-cv-01401-NONE-JLT (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT AND ORDERING PLAINTIFF TO FILE A RESPONSE**<br><br>(Doc. 26)<br><br>**21-DAY DEADLINE** |

On May 21, 2020, Plaintiff filed a First Amended Complaint naming as defendants S. Tharratt, Randall Caldron, California Correctional Health Care Services, and John Does 1–18, whom Plaintiff identifies as the Hepatitis-C Treatment Committee members. (Doc. 10.) On October 16, 2020, the Court entered a screening order finding that the First Amended Complaint states a cognizable Eighth Amendment claim against Does 1–18 and finding no other claims cognizable as pleaded. (Doc. 12.) Pursuant to the Court's order, Plaintiff filed a notice that he would proceed only on the cognizable claim and not seek to amend his pleading.

On May 14, 2021, the Court entered an Order requiring Plaintiff to identify the John Doe defendants so that service could be attempted by the United States Marshal. (Doc. 25.) Instead of identifying the Doe defendants, Plaintiff filed the instant Motion to Amend First Amended Complaint to add as defendants Steven Tharrat, M.D., Director of Health Care Operations, and

CCHCS. (Doc. 26.) Because Dr. Tharrat[1] and CCHCS are already named as defendants in the First Amended Complaint, Plaintiff's request (Doc. 26) is **DENIED as moot**.

Upon consideration, the Court will grant Plaintiff one final opportunity to identify the Doe defendants in order to effect service and move this case forward. **Within 21 days**, Plaintiff may file a second amended complaint that identifies the Does by name and basis for liability. No other claims or defendants should be included in this amended pleading. Alternatively, Plaintiff may file a voluntary dismissal.

**Failure to comply with this order will result in a recommendation that this case be dismissed for failure to obey a court order.**

IT IS SO ORDERED.

Dated:   **June 8, 2021**          _ **/s/ Jennifer L. Thurston**
                                    CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is advised that Robert Steven Tharratt passed away on August 20, 2020, and that Dr. Joseph Bick is the current Acting Director of the Division of Correctional Health Care Services. CDCR, https://www.cdcr.ca.gov/insidecdcr/2020/10/06/dr-robert-tharratt-longtime-cchcs-medical-director-passes-away/ (last visited June 9, 2021); CDCR, https://www.cdcr.ca.gov/about-cdcr/executive-staff/ (last visited June 9, 2021).