UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 1–18,<br><br>　　　　Defendants. | Case No. 1:19-cv-01401-NONE-JLT (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |

　　　Plaintiff filed a notice of voluntary dismissal on November 19, 2021. (Doc. 33.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

///

///

///

///

///

1  Because Plaintiff has filed a notice of dismissal and no opposing party has filed an answer
2  or a motion for summary judgment, this action has terminated. Accordingly, the Court DIRECTS
3  the Clerk of the Court to terminate all pending motions and to close this case.

IT IS SO ORDERED.

   Dated:   **November 22, 2021**              _ **/s/ Jennifer L. Thurston**
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

2